December 4, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

RENA ABEL, Appellant

NO. 14-13-00105-CV                                V.

ALEXANDER OIL COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Alexander Oil Company, signed February 5, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REVERSE IN PART** and **RENDER** judgment that appellee Alexander Oil Company take nothing against appellant Rena Abel.   The remainder of the judgment is **AFFIRMED.**

We order appellee, Alexander Oil Company, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.